IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY HARVEY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.    05-cr-12-bbc
                08-cv-642-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

_____     1/02/09
Peter Oppeneer, Clerk of Court                Date