IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                          ORDER

           Plaintiff,

                                                08-cv-642-bbc

   v.                                             05-cr-12-bbc

LARRY HARVEY,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Larry Harvey has filed a timely motion for reconsideration of the denial of his motion for relief pursuant to 28 U.S.C. § 2255. I will deny the motion for reconsideration because I am not persuaded that it was error to dismiss defendant's motion.

ORDER

IT IS ORDERED that defendant Larry Harvey's motion for reconsideration is

1

DENIED.

    Entered this 26th day of January, 2009.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge